United States District Court Eastern District of Missouri
Joseph Michael Devon Engel ) Case #: 4:20-cv-01924 MTS
Tommy Tisher RECEIVED ) Plaintiff Requests Trial By Jury
I'm Sovurin Citizen DEC 28 2020 ) ☐ Yes ☒ No
1180067004 BY MAIL ) 500 Trillion Dollars
Facebook, ) ☒ Official ☐ Individual Capacity

Prisoner Civil Rights Complaint Under 42 USC 1983
I A. Joseph Michael Devon Engel Other Name N/A Prisoner # 11806704 ☒ Civilly Committed Detainee. B. #1 Facebook Job Social Media. Badge N/A Employer Facebook Address USA II Statement Of Claim = Allowing people to Hack my Facebook send massages under my name posting and stealing my Facebook accounts posting pics in 411 for Jeff Co and on just facebook that was not me. And as for my Cousin Tommy Tisher they let people put False paperwork saying he was ~~not~~ a snitch But he is not it was a lie. point is the people we are and people we know it could get us hurt it has almost got me killed and Tommy too. III Injuries = 1st Admentments Rights, Civil Liberety Rights, Health, Mental Health, PTSD IV 500 Trillion Dollars, 1,000,000,000 stocks for me and Tommy Tisher in Top USA, Russia, China, Japen, Germeny, Franch, Itly, Irland, Kora, Mexico, Cuba, Top World Banks Top USA Banks. V Exhaustion Remedies = Tried Wont Do nothing VI Previous Lawsuts N/A VII Certification Closing = I Declare under penalty of perjury that the foregoing is true correct. Motion For Appointment of Counsel Affidavit in Support I Joseph Michael Devon Engel hereby apply for appointment of Counsel. I Declare under penalty that the foregoing is true correct

Application to Proceed in District Court Without prepaying Fees Costs. I am in ERDCC only get $5.00 Dollars a month 12-17-20 *Joseph Michael Deaver [signature]*

① CCM Vaughn 3 million 200 shares in Facebook
② Aryan Circle 100 million Dollars
③ Wayne Summers 1 million Dollars
④ Churchs in Missouri 100 million Dollars
⑤ Food Pantrys in Missouri 50 million Dollars and Homeless Shelters.
⑥