**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JOSEPH MICHAEL DEVON ENGEL, )
)
Plaintiff, )
)
v. ) No. 4:20 CV 1924 MTS
)
FACEBOOK, )
)
Defendant. )

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's second motion to proceed *in forma pauperis* on appeal. Doc. [12]. On February 10, 2021, the Court denied Plaintiff's first motion to proceed *in forma pauperis* on appeal. *See* Doc. [7]. Likewise, the Court will deny Plaintiff's second motion to proceed *in forma pauperis* on appeal. When this Court dismissed Plaintiff's case, it certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion to proceed *in forma pauperis* on appeal, Doc. [12] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall not file any additional motions in this closed action.

Dated this 8th day of April, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE